# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Sizewise Rentals, LLC ) | ASBCA No. 62000 |
| ) | |
| Under Contract No. N00183-15-F-1237 ) | |

APPEARANCE FOR THE APPELLANT:        Benjamin R. Prell, Esq.
    Geiger Prell
    Overland Park, KS

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Julia P. Hatch, Esq.
    Trial Attorney
    Fort Detrick, MD

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 1, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62000, Appeal of Sizewise Rentals, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals